[No. 3786-43431-1.   Division One.   November 17, 1975.]

THE CITY OF SEATTLE, *Appellant*, v. KENT LLOYD SHOEMAKER, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 68937, Janice Niemi, J., entered August 2, 1974, and Nos. 69447, 68017, Donald J. Horowitz, J., entered November 4 and December 3, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and James, JJ.

[No. 3622-1.   Division One.   November 17, 1975]

NATIONAL BANK OF COMMERCE, *Respondent*, v. CLIFFORD G. THAYER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 774703, Daniel T. Kershner, J. Pro Tem., entered January 31, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4008-1.   Division One.   November 17, 1975.]

GILBERT L. FLEURY, *Appellant*, v. MASON COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 12238, Frank E. Baker, J., entered June 27, 1975. *Reversed and remanded with instructions* by unpublished per curiam opinion.

[No. 1387-2.   Division Two.   November 18, 1975.]

JOHN S. LYNCH, ET AL, *Appellants*, v. KENNETH A. BOONE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 46598, D. J. Cunningham, J., entered March 15, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J. .